IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09MC00074-GEB-EFB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER OF GARNISHMENT |
| OGANES KALADZHYAN, ) | (INTEREST IN WITHHELD |
| ) | MONEY) |
| Defendant and ) | |
| Judgment Debtor. ) | |
| ) | |
| CALIFORNIA DEPARTMENT OF ) | |
| HEALTH SERVICES, ) | |
| ) | |
| Garnishee. ) | |

A Writ of Garnishment (Interest in Withheld Money), directed to the Garnishee California Department of Health Services, has been duly issued and served upon the Garnishee in order to partially satisfy the outstanding debt owed by the Defendant and Judgment Debtor Oganes Kaladzhyan, ("Judgment Debtor").

The Garnishee filed an Answer of Garnishee stating that at the time of service of the Writ, the Garnishee had custody or possession of properties (non-earnings), in which the "Judgment Debtor" maintains an interest, as described below:

    1.  Trust Account, account number DME02826F, holding payments for claims Judgment Debtor submitted to the California Department of Health Services that are payable to the Judgment Debtor.  The total sum held in the Trust

Account is $35,431.11.

The balance owing by the Judgment Debtor on the judgment is $1,150,304.72 as of June 17, 2009, and said amount is the same amount as shown in the Application For Writ of Garnishment (Interest in Withheld Money) filed herein.

The Judgment Debtor was served by the Garnishee with the Answer of Garnishee and the Judgment Debtor has not filed a written objection or requested a hearing within 20 days, as set forth in 28 U.S.C. § 3205(c)(5). The Judgment Debtor has not requested a hearing on a claim of exemption, as set forth in 28 U.S.C. § 3014(b)(2).

Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files an answer, and if no hearing is requested within the required time period, the Court shall promptly enter an order directing the Garnishee as to the disposition of the Judgment Debtor's property.

ACCORDINGLY, IT IS ORDERED that the Garnishee California Department of Health Services shall turn over the amount of $35,431.11, payable to the Clerk of the Court, (reference Docket No. 2:02CR00090-GEB on the face of the check), and forward it to:

> U.S. Attorney's Office
> 501 "I" Street, Suite 10-100
> Sacramento, California 95814

IT IS FURTHER ORDERED that upon receipt of payment, the Writ of Garnishment is hereby terminated.

Dated: October 20, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE